```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :    INDICTMENT
        - v. -                     :
                                   :    17 Cr.
PINCHAS KRUPNIK,                   :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: APR 1 2 2017

17 CRIM 229

## COUNT ONE
(Receipt and Distribution of Child Pornography)

The Grand Jury charges:

1.      From at least in or about 2014 up to and including at least in or about November 2016, in the Southern District of New York and elsewhere, PINCHAS KRUPNIK, the defendant, knowingly did receive and distribute and attempt to receive and distribute material that contains child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, KRUPNIK used a computer to receive and distribute videos and images containing child pornography over the Internet in his residence in New York, New York.

(Title 18, United States Code, Sections 2252A(a)(2)(B), (b)(1), and 2.)

JUDGE BRODERICK

## COUNT TWO
### (Possession of Child Pornography)

The Grand Jury further charges:

2.      From at least in or about 2014 up to and including at least in or about November 2016, in the Southern District of New York and elsewhere, PINCHAS KRUPNIK, the defendant, knowingly did possess and access with intent to view, and attempt to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, KRUPNIK possessed images of child pornography, including images of prepubescent minors, in his residence in New York, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2.)

_____                    _____
FOREPERSON                                   JOON H. KIM
                                             Acting United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

PINCHAS KRUPNIK,

Defendant.

---

INDICTMENT

17 Cr.

(18 U.S.C. §§ 2252A(a)(2)(B),
(a)(5)(B), (b)(1), (b)(2) & 2.)

JOON H. KIM
Acting United States Attorney

*[signature]*

Foreperson

---

4/12/17 Filed Indictment Case assignt to J. Broderick

Cott, USDJ