H4KLKRUC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                                    17 CR 229 (VSB)

PINCHAS KRUPNIK,

               Defendant.

------------------------------x

                                    New York, N.Y.
                                    April 20, 2017
                                    12:55 p.m.

Before:

              HON. VERNON S. BRODERICK,

                                 District Judge

                  APPEARANCES

JOON H. KIM
    Acting United States Attorney for the
    Southern District of New York
STEPHANIE LAKE
    Assistant United States Attorney

AVRAHAM C. MOSKOWITZ
    Attorney for Defendant

1                    (Case called)
2                    THE COURT:  We're here for an arraignment.
3                    Mr. Krupnik, have you received a copy of the
4       indictment?
5                    THE DEFENDANT:  Yes, I have, your Honor.
6                    THE COURT:  All right.  And have you read it?
7                    THE DEFENDANT:  Yes, I have.
8                    THE COURT:  Do you waive its public reading at this
9       time?
10                   THE DEFENDANT:  Yes, I do.
11                   THE COURT:  And have you had an opportunity to go over
12      the charges in the indictment with Mr. Moskowitz?
13                   THE DEFENDANT:  I've discussed it.
14                   THE COURT:  Okay.  All right.  How do you plead?
15                   THE DEFENDANT:  Not guilty, your Honor.
16                   THE COURT:  All right.  Ms. Lake, what's the status of
17      discovery in the matter?
18                   MS. LAKE:  I've just handed a folder which contains a
19      disc with the discovery in this case to defense counsel.
20                   THE COURT:  Okay.  Is there any other material that
21      remains to be produced?
22                   MS. LAKE:  Not that I am aware of.  The only
23      outstanding issue would be that there's actual child
24      pornography that is in the possession of the FBI which
25      obviously the government cannot produce, and the government

1   will make that available to defense counsel for review to the
2   extent he wishes to review it at our office.
3            THE COURT:  Okay.  And I haven't studied the
4   indictment.  Is there a breakdown that you can provide to
5   Mr. Moskowitz concerning amount, amounts?
6            MS. LAKE:  Yes, there is.  I can provide it right now
7   or I can talk with him afterwards.
8            THE COURT:  You can talk to him just because at least
9   my understanding of what might drive some of the issues
10  relating to the case might be by the sheer quantity of the
11  materials, as well as whatever position the government is
12  taking.  Now, obviously, you can discuss also whether and when
13  and under what circumstances Mr. Moskowitz, if he wants to
14  review the materials, can do that.
15           MS. LAKE:  Of course.
16           THE COURT:  Okay.  And I notice there is a complaint
17  that was sworn out -- it looks like it was filed in November.
18  Okay.  So besides that, you don't believe, Ms. Lake, there's
19  any additional discovery.
20           MS. LAKE:  No, your Honor.
21           THE COURT:  Okay.  Mr. Moskowitz, how much time would
22  you like to, A, review the discovery, determine whether or not
23  you believe it's appropriate to view the materials that are in
24  the possession of the FBI, and determine whether or not there
25  are any motions you'd like to make?

1              MR. MOSKOWITZ:  Your Honor, I would ask for 45 days --
2              THE COURT:  Sure.
3              MR. MOSKOWITZ:  -- or thereabouts, about six weeks.
4              THE COURT:  And just for my -- was there a search
5     warrant in connection with this case?
6              MS. LAKE:  Yes.  There were two search warrants in
7     connection with the case.  One search warrant was for a DropBox
8     account.  And the other search warrant was for the defendant's
9     apartment.
10             THE COURT:  And those affidavits and things have
11    been --
12             MS. LAKE:  Yes, they're contained in the discovery.
13             THE COURT:  All right.  So 45 days, Ms. Williams.
14             THE DEPUTY CLERK:  June 9 at 12 p.m.
15             THE COURT:  June 9.
16             THE DEPUTY CLERK:  12 p.m.
17             THE COURT:  At noon.  Does that work, Mr. Moskowitz?
18             MR. MOSKOWITZ:  June 9, noon, yes.
19             THE COURT:  All right.  I'm going to exclude the time
20    between now and June 9 to allow for Mr. Moskowitz to review the
21    discovery and determine whether or not there are motions that
22    should be made.  It's also to determine whether or not and give
23    him time should he believe it's appropriate to review the
24    materials that are in the possession of the FBI.  And I find
25    the exclusion of time outweighs the interest of the public and

H4KLKRUC

1  Mr. Krupnik in a speedy trial.
2              Mr. Moskowitz, do you have anything, is there anything
3  else we need to deal with?
4              MR. MOSKOWITZ:  No, your Honor.
5              THE COURT:  From the government?
6              MS. LAKE:  No.  Thank you very much, your Honor.
7              THE COURT:  Mr. Krupnik, I will see you here on
8  June 9.  All right.
9              THE DEFENDANT:  Thank you, your Honor.
10             THE COURT:  Okay.
11             MR. MOSKOWITZ:  Thank you, Judge.
12             THE COURT:  We'll stand adjourned.
13                                o0o